# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159384(53)(55)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                 SC: 159384
                                 COA: 342953

DANIEL RAY BEAN,
      Defendant-Appellee.
_____/

Muskegon CC: 17-000174-FC

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its brief on appeal is GRANTED. The brief submitted on July 27, 2020, is accepted as timely filed. The motion of defendant-appellee to dismiss the appeal due to plaintiff-appellant's failure to timely file its brief is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2020



Clerk